**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Ft Myers Division

AMENDED **CIVIL RIGHTS COMPLAINT FORM**

Shane simpkins, s

CASE NUMBER: 2:13-CV-286-FtM-99DNF
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

SCOTT Hall, (Captain)
Jeremy Hardin (officer)

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Apalacha correctional
(Indicate the name and location)
instution, 35 Apalacha DR, Snead's FL 32460

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): SHane. S. Simpkins

Defendant(s): Scott Hall (Captain) Jermey Hardin, C officer)

2. Court (if federal court, name the district; if state court, name the county): middle District of Florida.

3. Docket Number: 2: 11 - cr- 00701 -Jes. DAF

4. Name of judge: JOH

5. Briefly describe the facts and basis of the lawsuit: Depervation of constuitional Rights

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Dismissed without preJudice NO appeal pending.

7. Approximate filing date: Dec 17 2011

8. Approximate disposition date: march. 21-2013

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case:

2:11-CV-701-FtM-29DNF. Dissmissed Withouth preJudice FOR Failure to State Claim.

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Shane simpkins, Y22753

Mailing address: 35 APAlacha DR

Sneads FL 32460

B. Additional Plaintiffs:

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: SCOTT Hall

Mailing Address: 2115 M. L K Blvd.

Ft myers FL 33901

Position: CaptAin.

Employed at: Lee county Jail

D. Defendant: Jeremy Hardin

Mailing Address: 2115 MLK BLVd.

FtMyers FL 33901

Position: Officer

Employed at: Lee county Jail

E. Defendant: N/A

Mailing Address: N/A

N/A

Position: N/A

Employed at: N/A

F. Defendant: N/A

Mailing Address: N/A

N/A

Position: N/A

Employed at: N/A

G. Defendant: N/A

Mailing Address: N/A

N/A

Position: N/A

Employed at: N/A

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

①. My First Amendment Right was violated by these officeals by Denieing me access to the courts, Depriveing me of my legal mail, incoming and outgoing, with holding my legal work Discovery From and not allowing me corrospordence with my attorney. as supported in paragraph's. 14, 34. 35. 38, 40, 41, 42, 43, and 54. and others not mentioned->

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

①. on April 26th 2011. I got incarcerated in lee county Jail
② on may 5th 2011 I got a D.R. for "Destruction of State property." I got Found guilty of This D.R 4 Day's later, and I appealed the Desion to, "captain Hall" Never did I get an anwser to my grievance.
③. on June 5th 2011 I recieved "9" nine D.R's at one time because a Fire was started in my cell by my Roommate, The captain blamed me for it even though my bunkee admitted that He was The person That set The Fire and not me.

(4) I was sentence to 270 Day's D.C, confinement way over policy. I grieve this whole situtlon to "captain Hall," and again I never got an anwser.

(5) on June 28, 2011, I was housed with another inmate named "Jack Bullock", "officer Hardin" said That he was sent to search our cell by "captain Hall"

(6) while conducting the search "officer Hardin" a lot of contraband. That, "Inmate Bullock" was hideing inside of a toliet, Trying To used The contraband to escape with.

(7) "Jack Bullock" Told "officer Hardin" That I had nothing to do with The contraband, It was his, and not mine, "officer Hardin" Then said (Fuck him he killed a lady, so be glad DR's is all he is getting) The Hell With Him.

(8) He Then wrote me more DR's then "inmate bullock" saying That I get what I deserve.

(9) During this shakedown "officer Hardin" Rasied my boxer's up as Far as They could go. "beyond professisun" The Boxers we in the crack of my butt. and my private's were Hanging out. but he placed me up against The wall, telling me to Stay like That until he was Done or he would O.C. spray me.

(10) That was very unprotessanil to say and DO to an inmate. →

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

The plaintiff's seek's Declatory Judgement

against the Defendants to include compensatory Damages and ponitive Damage's and monotary compensation in the maxium amount allowed by Florida State staute For, the lost property and The life sentence I recived as a resulte of The deprevation of my legal work and rights

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 4th day of August, 2013

[signature] Y22733

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 4th day of aug, 2013.

V. Statement OF Claim

②. My 5th amendment Right was violated by "Captain Hall" and "officer Hardin". Specificly stateing That NO person shall Be Deprive life liberty or property with out Due process of the law. I was a pre Trial Detainey. I was Denied That life and Freedom, by "Captain Hall" and OFFicer Hardin, when They Trew me into a cell and took away and deprived me of mail, visits, phone calls, Food, clothes, Hygen supplyes, legal mail, all my property, Drinks with meals, Recreation, church. lawyer visits, and much more. [redacted] Also Denide access to File grievances and get an Relies all supported paragraph's. 2, 4, 11, 12, 13, 14, 27, 28, 30, 34, 35, 38 40, 41, 42, 43, 44, 45, 46, 47, 48. and 54, and other paragraph's not metioned.

③ my 8th amendment Right was violated, by "Captain Hall" and "Jeremy Hardin". That no person, NObody, NOmater what shoulb Be subjected to crue or unusuale punshiment." and To be Frank crue and unusual punshiment is not the word For what I went Through, Tourture is, I was Harrassed, abused and asulted, not only verbly, But phisciply, mentaly and sexualy, I was Deprive of all my Rights, my Food, my Family, my property, my religion, every Thing. I was Dis repected. I was embarress, Humiliated, Digrated, and Treated like scum, and I was Denied all Relief no matter what I said or did, even when I begged, all at The hands of "Captain Scoot Hall" and "officer Jeremy Hardin" relentlessly, Carcless, Heartless, of my needs, Rights and Feelings, They made There game, They played for Fun, supported in all paragraphs is This claim, but Directly in paregraphs 2, 4, 5, 7, 8, 9, 11, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30 31, 34, 35, 36, 39, 41, 42, 43, 44, 45, 46, 47, 48, 52, 53, and 54,

VI. Statement of Fact's

(11) These shake Down's countinued, Daily For a month or so I complained: To "captain Hall" and was inorged. when I tried to appeal The Desion to "captain Hall" He personaly came to see me and anwsered my grievance saying "(I am really starting to be a pain in his ass.

(12) "Captain Hall" Has never answer any of my grievances and he Denied me verbaly Relief from The Harrassment every Time He walk Through The Hallway's.

(13) on Aug 17th 2011, "officer Hardin" came Down to my cell Harrassed me by tearing up my legal work and picture's of my Family.

(14) He Found Holes in a cell across The Hall, and a Digging tool He Said that I was the master mind of the operation That is why He wrote me up and riped my papers / pictures, one of The inmate's in This cell across the Hall was "Jack Bullock" my old Roommate That had The Contrabband now in more trouble and I was across and Down 3 or 4 cell's from him. Still "officer Hardin" blamed me.

(15) I never got any charge's like The other inmate's because I had nothing to do with it. "officer Hardin" Just gave me DR's for non-sence stuff Trying to Justify his Harrassment. This Day he pulled my Boxers way up again and made, Sexualy contented remark's about me being a ("Fagot") to The other inmate's around.

(16) every time he would search my cell he would preForm This Type of sexual Harrassment.

(17) on aug 19th 2011 he came to search my cell again For NO Reason but to merly harrass me. This Time he deceided to take a tounge Ring That I have had since I got arrested.

(18) The tounge ring was Frozen shut and could not be takeing out with out being broken That is The Reson That I have had it so long.

(19) He treathen to Spray me If I Did not take it out.

(20) I Tried to explaine That it would Require medical to Remove it but he did not listen. he then slamed me up against The wall put The can of OC spray about 1 in from my Face, and said I had 3 second's, or it was over. other in mates seen him Do This and They started Saying. "Hey man you cant DO That" and so on.

(21) At that time, he grabbed my arm and bent behind my back. leading me into the Holding cell's when I look towards him to ask where we were going. he ramed The plam of his hand in to my face saying Face

VI. Statement of Facts

Forward. This act caused me to have a black eye and It was very painfull to have to go through at The hands of an officer. when I am a pre Trial Detaine.

(22) once I was in a cell where no on could see me, "officer Hardin" put His O.C. spray away and said "(Take the tounge Ring out now or I am gonna wip your ass)"

(23) I still Tried to explaine that it Did not come out and medical needed to Removed it That is why I have had it so long. I was told By medical that if I lose Trial then The would inlist an out Side Doctor to Remove it.

(24) "officer Hardin" Did not listen, instead he made me open my mouth and break The tounge ring in 2 pices's and pulled it out Forcedfully This hurt exstreamly bad and Then he wrote me D.R.'s saying I Refused an order and threaten him.

(25) The Tounge ring was placed in my property. but no picture was even tacken of it. Due to The Fact that It was broken by "officer Hardin" Forcing it out of my mouth.

(26) let me bring to The attenion that "officer Hardin" was never assigned To my FlooR, He was only There to harrass me. He work Rec witch only came to my floor once a week.

(27) I Filed a written grievance once again to "captain Hall" No answer. I spook to him personaly about The harrassment an abuse. I was going through. and he said That "officer Hardin" WORK'S for him, and he Dont work for me, get over it and Stay out of Jail.

(28) He Denied all my complaint's and said That the sooner I learn That, They Run shit The better off I will be, and said That I am only makeing it worse on my self The more you complain The more we Fuck with you, and then said That I am not allowed To grieve anyThing any more. Till he said

(29) on aug 21st 2011 "officer Hardin" search my cell again conducting the same Harrassment with my boxer's and writing me Bogous D.R.S To Try and Justify it, The Same Thing happen on The 22nd and 23RD of aug as well.

(30) on The 25th of aug 2011 "officer hardin" came with a couple Fellow officers Know as The shake Down Team. out of 30 cell's I was The only one to get D.R.'s and my matt taken illegaly. when all of The cell's had.

VI. Statement of Facts

contrband in them and all worse then mine but hardin said to give me DR's only out of every body.

(31) Then on aug 26Th 2011 "officer Hardin" cell searched me once again writing me even more DR's For a blankett that the officer on night shift gave to me to sleep on because "officer Hardin took my matt The Day before.

(32) Then on sept 1st 2011 "captain Hall" and "officer Hardin" came To my cell togather Told me I was moveing to a pent house made Just For me. The moved me to a steel door cell on The 3Rd Floor. a Place They call D.C.M

(33) DCM is a punshiment made up by "captain Hall" and "Jeremy Hardin". They saiD I was put Here so They could baby sit me better. and No one can see me cuz I was in a one man cell Isolated in The Hallway. so I better be good.

(34) At This Time The took all of my personal property, my clothes my legal work, my mail, my pictures, Hygine supplys, and Ect absoultely every thing was takeing From. I was Trown in a cell with 1 pair of boxers, 1 Jumpsuit 1, matt, 1 blanket and 1 pair of slides I was told I was in C.M., but I was not in prison so How could This be. I went in Front of No board. I was told to sigh so papers or I would be sprayed. and From This point On no officer has to ask to spray They can Just Drop The Flap a let loose. and when I learn my lesson I'll be Relesed.

(35) FROM This Day on. sept 1st 2011 Till Dec. 29Th 2011 The ecaty Date's I Dont have because I was stripped of all my bleongings but as This case proceeds I will be able To recieve copy's of the Dates and Time's because The are all Records at The Jail.

(36) "officer Hardin" came and searched my cell every day and Harrassed me. physicaly-mentaly and sexualy. Saying That now it was his Job To Fuck with me, policy. That I was now his baby. That he had to take care of me untill "Captain Hall" Release's me. from "C.M". ("I was told to Think of it as, "Hardin" was my daddy, and Hall is my grandpa and grandpa gots you grounded. So what's got to happen is daddy got to call grand pa and tell him you been good Then grand,pa will let you off.)" by one of Hardin Fellow C.O.

VI Statement of Facts

(37) The DRs slowed down at this point cuz it Did not matter anymore I was stuck in this DCM, until "Captain Hall" set me Free. I got a DR every now an then but Always by "officer hardin" never any body else.

(38). There was a policy written for DCM saying the inmates were allowed to get the property that was in the box in the officer station daily, but this never happen. I might get my tooth brush once a day, maybe my bible to some Day's the CO, would say "officer hardin" said no property today, talk to him.

(39). Some officers on night shift would give me my property what was in my box. but all of my important legal work was not there some was in the Trash, and the rest was stored Down stairs in a property bag and I was only allowed to get when I got off of DCM.

(40) when I would recieve legal mail at the Jail, an officer would bring it to my Door, and open it in front of me. Then tell me to sing a property slip cuz the mail was being placed in my property bag. most of the Time hardin was hear at legal mail when I would try to get to be able to Read it or argue about it he would Threaten to spray me and tell me to sit down and shut up.

(41) so For sept, oct, nov, Dec, all my incoming legal with the exception's of a Few piece's. was stored in my property Discovery, motion's, claims, Forfiture's. Dead lines, notice's needless to say when I got out of DCM, all This was Void Timelines Expired, property lost 2 cars, 1, was a 2002 Toyota camery, the other a 1999 infinity evidence was lost, and property was acutioned off

(42). my lawyer came to see me, she said that even They turn her around From coming to see me because of D.CM I ask her to help but she said he has my case. she cant DO anything about the county Jail, I tryed to File a nelson hearing but was not allowed to send it out.

(43). I was Denied all canteen, not allowed to by stamps, Hygen Nothing. I was not allowed no visits, no phone, and my mail was montier, and They only let a letter go out every so often but only letters when I Did not Talk about what was going

VI. Statement of Facts

On at the Jail with me. all The other inmates seal there letters and they go out, I was giving blank envlopes. I would write my letter and put it in the envlope and I could not seal it. I had to give it to The C.O. who put It on "captain Hall" Desk Then he would read it and if It was ok he would send It out No legal mail get sent out all returned or Destroyed along with most personal letters.

(44) I was never allowed any RecReation time. no matter what, and I was never allowed to go to church or to corrospond with the chaplin at our Facitily. I Tried and was told No That, every body had to Follow The "captain's" Rules my access to The law libarary was Denied as well all part of the policy That "captain Hall" made

(45) I was Denied Food off of my Tray's on a regular basis. I was Fed in a StroyFome Try That only contains 3 Slots, while The regular tray's containe 5 Slots, so when The food was gonna get mixed up or soggy. Something was missing and the officer on the Floor would Say That is what the Kitchen sent write Them up but I cant because I cant have grievances The Rule "captain Hall" made, The Tray rule to

(46) I was never allowed to have a cup or container in my cell D.C.M Rules all I could Drink out of was my sink. The Bubbler is what it say's on The rules. but The milk That inmates reciere in The morning and Juice at Breakfast and Dinner. is part of there Daily Diet. That The Dietrition make's up for That Facility. Those liquids have nutritional Value, and are a Required part of our Diet, but I was Denied Them, Reason, "captain Hall" says you cant have a cup. "His orders" They say. but it is not he choice to Denied me This part of my Diet and Food For 4 months stright, and That is all on Record too.

(47) every time I saw "captain Hall" I brought all This up to him, and ask For help, even beged told him I Be good I Do whatever, ask him For grievance's he was say "I am your grievance". and Then he would Denied me every time, saying were breaking you Just a lil bit more. every Now and Then he would give me a request so I could ask The libary a question or get one leter out my property but that's it Never a grivance.

VI Statement OF Facts

(48) Never Did he grant me any relief all he did was make it worse. Saying "I make The rules and you Follow them if I change The rules you still Follow them" but continued to Denied me my Rights.

(49) All This continued. Then the week before christmas 2011, The "major" Did a walkaround The Jail For an inspection, when I Seen I begged for a minute of his time witch he gave me I told him only some of what was happening, Then he order The captain to give me a request and told me to write it to him asking for him to come see me witch I did.

(50) On Dec 29th 2011. The "major" came back to see me From The Request He let me get. I explaine to Him everything about "captain Hall", and "officer Hardin", He Then made one or Two calls on his phone. Then Told me to pack my Thing's imedalty. He moved me out of D.C.M. and closed it Down a week later saying That he Dont Know what The Hell's going on but He will Do his best to Fix it.

(51) "major barracco" took all my grievance's verbly, He only answer one, and moved me out of D.C.M. The rest he said That would look into. but none were answer, as towards The abuse and Harrassment, and Denial of my rights. Finilly He came and told me That he has Done all he can Do, That if I wanted something else to seek a Higher court. That was The last Time me and The major spook with one another. but my grievance's were still unanswered, and nothing was Done.

(52) every Thing was pretty much stop till april of 2012 2 Day before I was suppose to get out of confiement after a year. "officer Hardin" come's Down and searches my cell. This Time he was pretty much proFessinoal about except he wrote me a bogo's DR, and told me "This Just shows you That your not untouchable, I Just got Tired of Fucking with you". I Did not say any Thing about in Fear of what might happen This Time.

(53) From That Time on The only Thing I heard From "Hardin" or "captain Hall" was every Now and Then an inmate would come back from "Rec" Saying That "officer Hardin" Said That He got 1 or 2 extra Tray's For.

VI Statement Of Facts

The inmate That Beat's my ass. I got in to a couple Fights because of This, but never said any thing about a grievance because getting in a fight or beat up was better Then what I went Through in D.C.M. and "officer Hardin's" Harrassment and abuse.

54. there is no other way to Describe what happen to me over This month's except "Touture". I lost valueable property, evidence was lost that can not be recover Tru I had a lawyer, but She was ineffive so I needed To Fire her but I could not, by time I was ableto it was to late. I was Denied my legal work, legal mail, and access to The law libary. I was Denied correspondance with my Family and The courts. I was Denied my Food and vital soures of a pre set Diet For all inmate's I was Horrassed constantly, abused, mentaly, phiscally and sexualy, I was aoulted and Denied Hygen supplies and cloths, made to suFFer. Dined access to The greivance system. I was Treated like an amimal by captain Hall and officer Hardin, and sad to say That These people Treat The pet's better Then I was Treated. and the whole time I was a pre Trial Detainie, Innocent untill proven guilty, not in prison. a county Jail. and Now I ask The Honorable Court to grant me the rellef That is well over Due,